[Counsel identified on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 3:17-cv-01138-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT AND OPPOSITION/CROSS-MOTION** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 3:17-cv-03022-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT AND OPPOSITION/CROSS-MOTION** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. 3:17-cv-03023-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT AND OPPOSITION/CROSS-MOTION** |

Pursuant to Civil Local Rule 7-11, Plaintiff Eolas Technologies Incorporated ("Eolas") and Defendants Google Inc. ("Google"), Amazon.com, Inc. ("Amazon"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, on August 8, 2017, the Court entered an Order Regarding August 2, 2017 Case Management Conference (Dkt. 92) authorizing Defendants to file an early motion for summary judgment that would not count against the "one summary judgment motion" under the Court's Standing Order for All Civil Cases Before District Judge Jon S. Tigar.

WHEREAS, the Court's August 8, 2017 Order also authorizes Eolas to cross-move on the issues raised in Defendants motion at the time of its opposition;

WHEREAS, under Civil Local Rule 7-2, such Motion and Opposition would ordinarily be limited to twenty-five pages each;

WHEREAS, the parties have conferred and agree that given the complexity of the issues and that fact that each brief must address the relevant facts for each of the three Defendants however, an additional five pages is warranted;

WHEREAS, the parties respectfully request that the Court extend the page limits for Defendants' Motion for Summary Judgment and Eolas's Opposition (and combined cross-motion, if appropriate) to thirty pages;

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court extend the page limits for Defendants' Motion for Summary Judgment and Eolas's Opposition (and combined cross-motion, if appropriate) to thirty pages.

DATED: September 11, 2017          Respectfully submitted,

By */s/ James E. Quigley*
Stephanie Adams Ryan, SBN 289548
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1400; Fax: (650) 394-1422
sadamsryan@mckoolsmith.com

John B. Campbell, TX SBN 24036314
(admitted *Pro Hac Vice*)
Kevin Burgess, TX SBN 24006927
(admitted *Pro Hac Vice*)
Craig N. Tolliver, TX SBN 24028049
(admitted *Pro Hac Vice*)
James E. Quigley, TX SBN 24075810
(admitted *Pro Hac Vice*)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
kburgess@mckoolsmith.com
jcampbell@mckoolsmith.com
ctolliver@mckoolsmith.com
jquigley@mckoolsmith.com

Attorneys for Plaintiff Eolas Technologies Incorporated


By */s David A. Perlson*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (CA Bar No. 170151)
David A. Perlson (CA Bar No. 209502)
Carl G. Anderson (CA Bar No. 239927)
Michael D. Powell (CA Bar No. 202850)
Lindsay M. Cooper (CA Bar No. 287125)
Felipe Corredor (CA Bar No. 295692)
qe-eolas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Miles Freeman (CA Bar No. 299302)
qe-eolas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Fax: 213-443-3100

Attorneys for Defendant Google Inc.

-2-
JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING PAGE LIMITS FOR MOTION FOR SUMMARY
JUDGMENT AND OPPOSITION/CROSS-MOTION

By /s/ *Richard G. Frenkel*
DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
jeff.homrig@lw.com
NICHOLAS YU, Bar No. 298768
nicholas.yu@latham.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

JOSEPH H. LEE, Bar No. 248046
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

AMIT MAKKER, Bar No. 280747
amit.makker@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8034
Facsimile: (415) 395-8095

MELISSA ARBUS SHERRY (pro hac vice)
melissa.sherry@lw.com
ELANA NIGHTINGALE DAWSON (pro hac vice)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

JENNIFER H. DOAN (pro hac vice)
jdoan@haltomdoan.com
JOSHUA R. THANE (pro hac vice)
jthane@haltomdoan.com
J. RANDY ROESER (pro hac vice)
rroeser@haltomdoan.com
HALTOM & DOAN
6500 Summerhill Road, Suite 1000
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

|     |     |
| --- | --- |
| 1   | GRANT KINSEL, Bar No. 172407 |
|     | gkinsel@perkinscoie.com |
| 2   | PERKINS COIE, LLP |
|     | 1203 3rd Street, 39th Floor |
| 3   | Seattle, WA  98112 |
|     | Telephone:  (206)-395-316 |
| 4   | Facsimile:  (206) 359-9000 |

Counsel for Defendant Amazon.com, Inc.

By  */s/ Bijail V. Vakil*
Bijal V. Vakil (SBN 192878)
Shamita D. Etienne-Cummings (SBN 202090)
Eric E. Lancaster (SBN 244449)
Allen W. Wang (SBN 278953)
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158
bvakil@whitecase.com
setienne@whitecase.com
eric.lancaster@whitecase.com
allen.wang@whitecase.com

John R. Keville (admitted *Pro Hac Vice*)
Eric S. Schlichter (admitted *Pro Hac Vice*)
Robert L. Green (admitted *Pro Hac Vice*)
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX  77002-5242
Telephone:  (713) 651-2600
Facsimile:  (713) 651-2700
jkeville@winston.com
eschlichter@winston.com
rlgreen@winston.com

Attorneys for Defendant Wal-Mart Stores, Inc.

## **ATTESTATION**

I, Bijal V. Vakil, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED:  September 11, 2017           */s/ Bijal V. Vakil*
                                                                Bijal V. Vakil

-4-
JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING PAGE LIMITS FOR MOTION FOR SUMMARY
JUDGMENT AND OPPOSITION/CROSS-MOTION

# [PROPOSED] ORDER

Plaintiff Eolas Technologies Incorporated and Defendants Google Inc. ("Google"), Amazon.com, Inc. ("Amazon"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants") have stipulated to extend the page limits for Defendants' Motion for Summary Judgment and Eolas's Opposition (and, if applicable, Cross-Motion) to thirty (30) pages.

The parties' joint stipulation is GRANTED. The page limit for Defendants' Motion for Summary Judgment is extended to thirty (30) pages. The page limit for Eolas's Opposition (and, if applicable, Cross-Motion) is also extended to thirty (30) pages.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: September 11, 2017

_____
Honorable Jon S. Tigar
United States District Judge