[Counsel identified on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No. 3:17-cv-01138-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY COURT DEADLINES** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Case No. 3:17-cv-03022-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY COURT DEADLINES** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | Case No. 3:17-cv-03023-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY COURT DEADLINES** |

1      Pursuant to Civil Local Rule 6-2, and Civil Local Rule 7-12, Plaintiff Eolas Technologies

2   Incorporated ("Eolas") and Defendants Google Inc. ("Google"), Amazon.com, Inc. ("Amazon"),

3   and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants"), by and through their

4   respective attorneys, hereby submit the following Joint Stipulation, as follows:

5      WHEREAS, on September 14, 2017, the parties filed a stipulation for a short extension to

6   the upcoming case deadlines (Case No. 3:17-cv-03022-JST, ECF No. 390) to provide time for a

7   further meet and confer on Eolas's proposal that these cases be stayed pending resolution of the

8   pending Motion for Order to Show Cause Regarding McKool Smith's Violation of Prosecution

9   Bar (the "Prosecution Bar Motion") (Case No. 3:17-cv-03022-JST, ECF No. 262);

10     WHEREAS, on September 20, 2017, the Court granted the September 14, 2017 stipulation

11  extending the upcoming case deadlines (Case No. 3:17-cv-03022-JST, ECF No. 395);

12     WHEREAS, the parties have further conferred on Eolas's earlier request to stay the three

13  cases pending resolution of the Prosecution Bar Motion;

14     WHEREAS, the parties have also conferred on next steps regarding resolution of the

15  Prosecution Bar Motion as instructed by the Court, and Amazon and Eolas have submitted their

16  respective proposed orders (Case No. 3:17-cv-3022 ECF Nos. 399 & 400);

17     WHEREAS, Eolas's proposed order requests that, if the Court does not grant Eolas's

18  proposal that no further discovery on the prosecution bar issue is required, then all three cases be

19  stayed pending resolution of the propriety of *in camera* review of any communications between

20  McKool Smith and Eolas related to prosecution of the patent-in-suit that occurred between July

21  22, 2014, and October 20, 2014 (Case No. 3:17-cv-3022 ECF No. 399);

22     WHEREAS, the Defendants oppose Eolas's proposed substantive relief, namely that either

23  no further discovery occur or the Court merely consider the "propriety" of *in camera* review.  But,

24  while Defendants do not oppose Eolas's requested stay provided it is of limited and certain

25  duration, Defendants are potentially prejudiced by uncertainty about when, and whether a stay will

26  occur;

27

28
                                                        -1-

1      WHEREAS, specifically, Defendants face uncertainty whether a stay could be entered near

2 to, or after, September 28, 2017, the current deadline for Defendants to file their upcoming

3 Summary Judgment Motion, which could prejudice Defendants by delaying Eolas's response for

4 an indeterminate amount of time while the case is stayed;

5      WHEREAS, to allow the Court time to review and consider the respective proposed

6 orders, and to issue an order (the "Forthcoming Order") on the issues presented therein, including

7 Eolas's alternative request for a stay of the three cases;

8      NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY

9 REQUEST

10     (i)    that Defendants' deadline for their Opening Brief on Summary Judgment be

11             extended to seven (7) days after the entry of the Forthcoming Order (unless that

12             order stays the cases, thereby vacating all deadlines);

13     (ii)   that all other case deadlines, including the deadlines for further briefing, be

14             extended by a like amount; and

15     (iii)  the parties shall promptly meet and confer after the entry of the Forthcoming Order

16             and within five (5) days file an appropriate proposed revised schedule.

17

18

19

20

21

22

23

24

25

26

27

28

Case Nos. 3:17-cv-01138-JST, 3:17-cv-03022-JST, 3:17-cv-03023-JST          JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY COURT DEADLINES

DATED: September 26, 2017          Respectfully submitted,

By /s/ James E. Quigley
Stephanie Adams Ryan, SBN 289548
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1400; Fax: (650) 394-1422
sadamsryan@mckoolsmith.com

Mike McKool, TX SBN 13732100
(admitted *Pro Hac Vice*)
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4000; Fax: (214) 978-4044
mmckool@mckoolsmith.com

John B. Campbell, TX SBN 24036314 (admitted *Pro Hac Vice*)
Kevin Burgess, TX SBN 24006927 (admitted *Pro Hac Vice*)
Craig N. Tolliver, TX SBN 24028049 (admitted *Pro Hac Vice*)
James E. Quigley, TX SBN 24075810 (admitted *Pro Hac Vice*)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
kburgess@mckoolsmith.com
jcampbell@mckoolsmith.com
ctolliver@mckoolsmith.com
jquigley@mckoolsmith.com

Attorneys for Plaintiff
Eolas Technologies Incorporated

By /s/ Carl G. Anderson

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (CA Bar No. 170151)
  David A. Perlson (CA Bar No. 209502)
  Carl G. Anderson (CA Bar No. 239927)
  Michael D. Powell (CA Bar No. 202850)
  Lindsay M. Cooper (CA Bar No. 287125)
  Felipe Corredor (CA Bar No. 295692)
  qe-eolas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Miles Freeman (CA Bar No. 299302)

  qe-eolas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Fax: 213-443-3100

*Attorneys for Defendant Google Inc.*

By _/s/ Richard G. Frenkel_
DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
jeff.homrig@lw.com
NICHOLAS YU, Bar No. 298768
nicholas.yu@latham.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

JOSEPH H. LEE, Bar No. 248046
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

AMIT MAKKER, Bar No. 280747
amit.makker@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8034
Facsimile: (415) 395-8095

MELISSA ARBUS SHERRY (pro hac vice)
melissa.sherry@lw.com
ELANA NIGHTINGALE DAWSON (pro hac vice)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

JENNIFER H. DOAN (pro hac vice)
jdoan@haltomdoan.com
JOSHUA R. THANE (pro hac vice)
jthane@haltomdoan.com
J. RANDY ROESER(pro hac vice)
rroeser@haltomdoan.com

-4-

Case Nos. 3:17-cv-01138-JST, 3:17-cv-03022-JST, 3:17-cv-03023-JST     JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY COURT DEADLINES

HALTOM & DOAN
6500 Summerhill Road, Suite 1000
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

GRANT KINSEL, Bar No. 172407
gkinsel@perkinscoie.com
PERKINS COIE, LLP
1203 3rd Street, 39th Floor
Seattle, WA 98112
Telephone: (206)-395-316
Facsimile: (206) 359-9000

Counsel for Defendant
AMAZON.COM, INC.

By _/s/ Bijal V. Vakil_

Bijal V. Vakil (SBN 192878)
Shamita D. Etienne-Cummings (SBN 202090)
Eric E. Lancaster (SBN 244449)
Allen W. Wang (SBN 278953)
WHITE & CASE LLP
3000 El Camino Real Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: bvakil@whitecase.com
Email: setienne@whitecase.com
Email: eric.lancaster@whitecase.com
Email: allen.wang@whitecase.com

JOHN R. KEVILLE (admitted Pro Hac Vice)
ERIC S. SCHLICHTER (admitted Pro Hac Vice)
ROBERT L. GREEN (admitted Pro Hac Vice)
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: eschlichter@winston.com
Email: rlgreen@winston.com

Attorneys for Defendant Wal-Mart Stores, Inc.

## **ATTESTATION**

I, Richard G. Frenkel, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED:  September 26, 2017          */s/ Richard G. Frenkel*
                                                    Richard G. Frenkel

# [~~PROPOSED~~] ORDER

Plaintiff Eolas Technologies Incorporated and Defendants Google Inc. ("Google"), Amazon.com, Inc. ("Amazon"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants") have stipulated to the below modification of the case schedule.

Defendants' deadline for their Opening Brief on Summary Judgement, currently set for September 28, 2017, is extended to seven (7) days after the entry of a Forthcoming Order addressing the issues raised in the Proposed Orders submitted by Amazon and Eolas relating to the pending Motion for Order to Show Cause Regarding McKool Smith's Violation of Prosecution Bar (Case No. 3:17-cv-3022 ECF Nos. 399 & 400);

and that the other case deadlines, including the deadlines for further briefing, be extended by a like amount;

and that the parties shall promptly meet and confer after the entry of the Forthcoming Order and within five (5) days file an appropriate proposed revised schedule.

The parties' joint stipulation is GRANTED. The case shall proceed according to the above schedule.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: __September 26, 2017__

_____
Honorable Jon S. Tigar
United States District Judge