[Counsel identified on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 3:17-cv-01138-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY COURT DEADLINES OTHER THAN THOSE SET FORTH IN THE COURT'S SEPTEMBER 27, 2017 ORDER** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 3:17-cv-03022-JST |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. 3:17-cv-03023-JST |

Pursuant to Civil Local Rule 6-2, and Civil Local Rule 7-12, and the Court's September 26, 2017 Order to Modify Case Deadlines (ECF No. 402), Plaintiff Eolas Technologies Incorporated ("Eolas") and Defendants Google Inc. ("Google"), Amazon.com, Inc. ("Amazon"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, on September 26, 2017, the Court granted the parties' stipulation (ECF No. 402)[1] to extend deadlines to provide the Court time to issue an order regarding how to proceed to resolve Amazon's pending Motion for Order to Show Cause Regarding McKool Smith's Violation of Prosecution Bar (the "Prosecution Bar Motion") (ECF No. 262), which stated that the parties shall meet and confer regarding case deadlines after the Court issues such order;

WHEREAS, on September 27, 2017, the Court entered an Order Re Alleged Prosecution Bar Violation (ECF No. 403) setting forth actions and deadlines over the next several months related to the Prosecution Bar Motion;

WHEREAS, on September 28, 2017, pursuant to the entered stipulation (ECF No. 402), the parties met and conferred regarding an appropriate revised schedule for case deadlines other than those set forth in the Court's September 27, 2017 Order (ECF No. 403);

WHEREAS, the parties agree that the best course of action at this time is to stay all case deadlines other than those listed in the Court's September 27, 2017 Order (ECF No. 403), pending resolution of the Prosecution Bar Motion including any briefing and/or hearing as described in paragraph 10 of that Order;

WHEREAS, the parties further believe that following the resolution of the Prosecution Bar Motion and subject to the Court's availability, a further Case Management Conference to evaluate and/or reset all other case deadlines would be appropriate;

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court stay all case deadlines, other than those listed in the Court's September

---

[1] ECF Nos. are to the docket of Case No. 3:17-cv-03022-JST unless otherwise stated.

27, 2017 Order (ECF No. 403), and, after resolution of the Prosecution Bar Motion, set a date for a further Case Management Conference at the Court's convenience.

DATED: September 29, 2017      Respectfully submitted,

By */s/ James E. Quigley*
Stephanie Adams Ryan, SBN 289548
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1400; Fax: (650) 394-1422
sadamsryan@mckoolsmith.com

John B. Campbell, TX SBN 24036314 (admitted *Pro Hac Vice*)
Kevin Burgess, TX SBN 24006927 (admitted *Pro Hac Vice*)
Craig N. Tolliver, TX SBN 24028049 (admitted *Pro Hac Vice*)
James E. Quigley, TX SBN 24075810 (admitted *Pro Hac Vice*)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
kburgess@mckoolsmith.com
jcampbell@mckoolsmith.com
ctolliver@mckoolsmith.com
jquigley@mckoolsmith.com

Attorneys for Plaintiff
Eolas Technologies Incorporated

By */s/ David A. Perlson*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Charles K. Verhoeven (CA Bar No. 170151)
 David A. Perlson (CA Bar No. 209502)
 Carl G. Anderson (CA Bar No. 239927)
 Michael D. Powell (CA Bar No. 202850)
 Lindsay M. Cooper (CA Bar No. 287125)
 Felipe Corredor (CA Bar No. 295692)
 qe-eolas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Miles Freeman (CA Bar No. 299302)
 qe-eolas@quinnemanuel.com

-2-

Case Nos. 3:17-cv-01138-JST, 3:17-cv-03022-JST, 3:17-cv-03023-JST        JOINT STIPULATION AND [PROPOSED] ORDER TO STAY COURT DEADLINES

865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Fax: 213-443-3100

*Attorneys for Defendant Google Inc.*

By */s/ Richard G. Frenkel*
DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
jeff.homrig@lw.com
NICHOLAS YU, Bar No. 298768
nicholas.yu@latham.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

JOSEPH H. LEE, Bar No. 248046
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

AMIT MAKKER, Bar No. 280747
amit.makker@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8034
Facsimile: (415) 395-8095

MELISSA ARBUS SHERRY (pro hac vice)
melissa.sherry@lw.com
ELANA NIGHTINGALE DAWSON (pro hac vice)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

JENNIFER H. DOAN (pro hac vice)
jdoan@haltomdoan.com
JOSHUA R. THANE (pro hac vice)
jthane@haltomdoan.com
J. RANDY ROESER (pro hac vice)
rroeser@haltomdoan.com
HALTOM & DOAN

-3-

6500 Summerhill Road, Suite 1000
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

GRANT KINSEL, Bar No. 172407
gkinsel@perkinscoie.com
PERKINS COIE, LLP
1203 3rd Street, 39th Floor
Seattle, WA 98112
Telephone: (206)-395-316
Facsimile: (206) 359-9000

Counsel for Defendant
AMAZON.COM, INC.

By  /s/ Bijal V. Vakil

Bijal V. Vakil (SBN 192878)
Shamita D. Etienne-Cummings (SBN 202090)
Eric E. Lancaster (SBN 244449)
Allen W. Wang (SBN 278953)
WHITE & CASE LLP
3000 El Camino Real Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: bvakil@whitecase.com
Email: setienne@whitecase.com
Email: eric.lancaster@whitecase.com
Email: allen.wang@whitecase.com

JOHN R. KEVILLE (admitted Pro Hac Vice)
ERIC S. SCHLICHTER (admitted Pro Hac Vice)
ROBERT L. GREEN (admitted Pro Hac Vice)
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: eschlichter@winston.com
Email: rlgreen@winston.com

Attorneys for Defendant Wal-Mart Stores, Inc.

## ATTESTATION

I, Richard Frenkel am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: September 29, 2017       */s/ Richard G. Frenkel*
                                Richard G. Frenkel

**[PROPOSED] ORDER**

Plaintiff Eolas Technologies Incorporated and Defendants Amazon.com, Inc. ("Amazon"), Google Inc. ("Google"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants") have stipulated to stay all case deadlines, other than those listed in the Court's Order Re Alleged Prosecution Bar Violation (ECF No. 403), pending resolution of the Prosecution Bar Motion.

The parties' joint stipulation is GRANTED. All case deadlines other than those listed in the Court's Order Re Alleged Prosecution Bar Violation (ECF No. 403) are stayed pending resolution of the Prosecution Bar Motion. Once the Prosecution Bar Motion has been resolved, the Court will set a date for a further Case Management Conference.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: October 2, 2017

Honorable Jon S. Tigar
United States District Judge