**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>   Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>   Defendant. | Lead Case No. 4:17-cv-03022-JST<br><br>[PROPOSED] **ORDER TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS TO DEFENDANTS WALMART'S AND AMAZON'S REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE THE REPORT AND EXPERT TESTIMONY OF DR. RYAN SULLIVAN** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>   Plaintiff,<br><br>   v.<br><br>WALMART INC.,<br><br>   Defendant. | Case No. 4:17-cv-03023-JST |

Case No. 4:17-cv-03022-JST

[PROPOSED] ORDER TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS TO DEFENDANTS' REPLY I/S/O MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF DR. SULLIVAN

Before the Court is Defendants Walmart and Amazon's Administrative Motion for leave to file under seal certain documents to their Reply in support of Their Motion to Exclude the Report and Expert Testimony of Dr. Ryan Sullivan. Having considered the Administrative Motion, the briefing and argument in support of and in opposition thereto, and all related matters, the Court hereby GRANTS Defendants Walmart and Amazon's Administrative Motion to File Document Under Seal the un-redacted versions of the documents:

| Portion Containing Confidential Information | Portions to be Filed Under seal | Designating Party |
|---|---|---|
| Unredacted Copy of Defendants Walmart's and Amazon's Reply in support of Their Motion to Exclude the Report and Expert Testimony of Dr. Ryan Sullivan ("Reply"). | Highlighted portions in yellow | Eolas designated "Highly Confidential – Attorneys' Eyes Only" and/or "Restricted— Attorneys' Eyes Only" |

**IT IS SO ORDERED.**

Dated: February 18, 2022

_____
Honorable Jon S. Tigar
United States District Judge

1

Case No. 4:17-cv-03022-JST    [PROPOSED] ORDER TO ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS TO DEFENDANTS' REPLY I/S/O MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF DR. SULLIVAN